JOSEPHINE M. GERRARD (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: 510-838-0529
Fax: 510-280-1635
jo@gerrardlawoffices.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA VICTORIA ZUMPANO, <br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security <br> Defendant. | Case No.: 2:17−CV−01006−CMK <br><br> STIPULATION AND ORDER FOR A THIRTY-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF |

The parties stipulate , subject to the approval of the Court,  Plaintiff shall be granted a thirty-day extension from the current date of  December 9, 2017 deadline to file Plaintiff's Opening Brief. This is Plaintiff's first request for an extension. There is good cause for this extension as the parties were in discussion as to a voluntary remand. Therefore, the parties jointly request an extension up to and including **January 10, 2018**.


DATE: November 27, 2017

Respectfully submitted,

/s/ Josephine M. Gerrard
Josephine M. Gerrard
Attorney for Plaintiff

Stipulation with Proposed order for Extension of 30 days. 		,

Respectfully submitted,                    /s/ Josephine M. Gerrard
                                            JOSEPHINE M. GERRARD
November 27, 2017                           Attorney for Plaintiff




                                            By:/s/ by email
                                            Margaret Branick-Abilla
                                            Email: margaret.branick-abilla@ssa.gov
                                            LEAD ATTORNEY
                                            Attorney to be noticed

                                            BOBBIE J. MONTOYA
                                            U.S. Attorney's Office
                                            bobbie.montoya@usdoj.gov
                                            Attorney to be noticed




                                **ORDER**


       PURSUANT TO STIPULATION, IT IS SO ORDERED.


    Dated:  November 30, 2017

                                            _____
                                            CRAIG M KELLISON
                                            UNITED STATES MAGISTRATE JUDGE