MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TERESA VICTORIA ZUMPANO,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:17-cv-01006-CMK<br><br>STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between plaintiff Teresa Victoria Zumpano (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

The Appeals Council will remand the case to an administrative law judge (ALJ). On remand, the Appeals Council will instruct the ALJ to further evaluate Plaintiff's mental impairments, to further consider the medical evidence, including but not limited to medical

1

opinion evidence concerning physical and mental impairments, to reconsider Plaintiff's residual functional capacity as appropriate, to take further action as needed to complete the administrative record, and to issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: February 6, 2018        GERRARD LAW OFFICES

By:/s/ Josephine M. Gerrard*
Josephine M. Gerrard
Attorneys for Plaintiff
[*As authorized by e-mail on February 6, 2018]

Dated: February 7, 2018        MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:/s/ Margaret Branick-Abilla
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 7, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2