MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Margaret Branick-Abilla, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA VICTORIA ZUMPANO,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-01006-CMK<br><br>STIPULATION & ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Teresa Victoria Zumpano (Plaintiff) be awarded attorney fees and expenses in the amount of six thousand dollars and zero cents ($6,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel Josephine Gerrard. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the

Stipulation & PO; Case No.: 2:17-cv-01006-CMK

1

Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

     Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to counsel Josephine Gerrard, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to counsel Josephine Gerrard.

     This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel Josephine Gerrard including Gerrard Law Offices may have relating to EAJA attorney fees in connection with this action.

     This award is without prejudice to the rights of counsel Josephine Gerrard and/or Gerrard Law Offices to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

                              Respectfully submitted,

Dated: February 20, 2018       GERRARD LAW OFFICES

                                By:*/s/ Josephine M. Gerrard\**
                                JOSEPHINE M. GERRARD
                                Attorneys for Plaintiff
                                [\*As authorized by e-mail on Feb. 20, 2018]

Dated: February 26, 2018      MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                By: */s/ Margaret Branick-Abilla*
                                MARGARET BRANICK-ABILLA
                                Special Assistant United States Attorney
                                Attorneys for Defendant

Stipulation & PO; Case No.: 2:17-cv-01006-CMK

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 26, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stipulation & PO; Case No.: 2:17-cv-01006-CMK